UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TERRY L. HOPKINS, | CIV. NO. 13-00444 WBS JFM |
| Plaintiffs, | |
| v. | ORDER FOR SUPPLEMENTAL BRIEFING |
| WELLS FARGO BANK, N.A. and DOES 1-10, | |
| Defendants. | |

----oo0oo----

Pursuant to 28 U.S.C. § 1348, national banks are "deemed citizens of the States in which they are respectively located" for purposes of diversity jurisdiction. In Wachovia Bank v. Schmidt, 546 U.S. 303 (2006), the Supreme Court rejected that a national bank is "located" for purposes of § 1348 in every state in which it maintains a branch and held that "a national bank . . . is a citizen of the State in which its main office, as set forth in its articles of association, is located." Schmidt, 546 U.S. at 307. After Schmidt, there remains a split, however, both within the Eastern District of California and throughout the Ninth Circuit as to whether a bank is also "located" in the state

1

1  where it maintains a principal place of business.  Compare Grace
2  v. Wells Fargo Bank, N.A., Civ. No. 12-2050-GPC-NLS, 2013 WL
3  663169, at *4, --- F. Supp. 2d ----, (S.D. Cal. 2013) (holding
4  that a bank is located both where it has its main office and the
5  state where its principal place of business is located); Taheny
6  v. Wells Fargo Bank, N.A., 878 F. Supp. 2d 1093, 1109 (E.D. Cal.
7  2012) (same); Gosal v. Wells Fargo Bank, N.A., Civ. No.
8  2:12-02024-GEB, 2012 WL 4961696, at *1 (E.D. Cal. Oct. 15, 2012)
9  (adopting the reasoning of Taheny); with Mireles v. Wells Fargo
10 Bank, N.A., 845 F. Supp. 2d 1034, 1061 (C.D. Cal. 2012) (holding
11 that a bank is only a citizen of the state where its main office
12 is located); Marzette v. Provident Sav. Bank, F.S.B., Civ No.
13 2:11-2089 JAM-CKD, 2011 WL 5513556, at *2 (E.D. Cal. Nov. 10,
14 2011) (same); Tse v. Wells Fargo Bank, N.A., Civ. No. 10-4441
15 TEH, 2011 WL 175520, at *2 (N.D. Cal. Jan. 19, 2011) ("[T]he test
16 for a national bank's citizenship under section 1348 is
17 determined solely by the location of its main office designated
18 in its articles of association.").

19         The court now requests additional briefing on the
20 limited question of whether, for purposes of § 1348, Wells Fargo
21 Bank, N.A. ("Wells Fargo") is "located" only in the state where
22 it has its main office, or also where it maintains a principal
23 place of business.  The parties shall simultaneously brief the
24 issue by April 17, 2013.  The hearing on Wells Fargo's motion to
25 dismiss remains calendared for April 22, 2013.

26 DATED:  April 11, 2013

27 _____
   WILLIAM B. SHUBB
28 UNITED STATES DISTRICT JUDGE