LOCKE LORD LLP
Regina J. McClendon (State Bar No. 184669)
rmcclendon@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA  94104
Telephone:  415-318-8810
Fax:  415-676-5816

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY L. HOPKINS<br><br>                    Plaintiff.<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; DOES 1-10,<br><br>                    Defendant. | CASE NO. 2:13-cv-00444-WBS-CKD<br><br>**ORDER EXTENDING DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT** |

The Court has reviewed defendant Wells Fargo Bank, N.A.'s motion to extend the parties' deadline to file motion for summary judgment or partial summary judgment and the opposition filed thereto.  Good cause appearing, the Court hereby GRANTS Defendant's motion.  The parties' deadline to file any motion for summary judgment or partial summary judgment is extended from February 9, 2014 to March 3, 2014.  All other deadlines contained in the Court's July 3, 2013 Pretrial Scheduling Order (ECF 19) shall remain unchanged.

IT IS SO ORDERED.

Dated:  February 6, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE